Michael Wayne THOMAS, Jr., Appellant,

v.

GARRETT, Corporal, EARU, ADC; Harrison Foreman, Sgt., EARU, ADC; Cheryl Evans, Lt., EARU, ADC, Appellees.

No. 06–3875.

United States Court of Appeals, Eighth Circuit.

Submitted: Sept. 5, 2007.

Filed: Sept. 10, 2007.

Michael Wayne Thomas Jr., Brickeys, AR, pro se.

Christine Ann Boozer, Acting Assistant Attorney General, Attorney General's Office, Little Rock, AR, for Appellees.

Before WOLLMAN, COLLOTON, and BENTON, Circuit Judges.

PER CURIAM.

Michael Thomas appeals the district court's [1] dismissal of his 42 U.S.C. § 1983 action. We agree that dismissal was proper for the reasons stated by the district court. Accordingly, we affirm. See 8th Cir. R. 47B.

---

1. The Honorable William R. Wilson, Jr., United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable John F. Forster, Jr., United States Magistrate Judge for the Eastern District of Arkansas.